**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 7:13-CR-28** |
| v. : | |
| : | |
| **GARY PATTON HALL, JR.** : | |
| : | |

**ORDER**

Upon the motion of the government, and for the reason stated in said motion, the pending information against GARY PATTON HALL, JR. is hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**, this 25th day of October, 2013.

*/s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT